UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
DEC 2 0 2022
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) CAUSE NO. |
| CARL DAVIS, | ) 1:22-cr-0201 JMS-MG |
| Defendant. | ) |

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
### False Statement or Representation Made to a Department or Agency of the United States
### 18 U.S.C. § 1001(a)(2)

On or about April 8, 2022, in the Southern District of Indiana,

CARL DAVIS,

the Defendant herein, did willfully and knowingly make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the Government of the United States; to wit, the Defendant stated that he witnessed M.S. commit an armed robbery of a postal worker on April 1, 2022, and the Defendant stated that M.S. later admitted to the crime to the Defendant. The Defendant made these statements at the United States Postal Inspect Service Office in Indianapolis, Indiana. The statements and representations were false because, as the Defendant knew at the time, the Defendant did not witness the armed robbery of a postal worker and M.S. never admitted to the Defendant that M.S. committed the robbery.

All of which is a violation of Title 18, United States Code, Section 1001(a)(2).

A TRUE BILL:

FOREPERSON

ZACHARY A. MYERS
United States Attorney

By: Adam Eakman
Assistant United States Attorney
KMS